**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff-Respondent,<br><br>　　v.<br><br>JUAN CAMPOS<br><br>　　　　Defendant-Petitioner. | No.　CR 11-840 PA<br>　　　CV 16-1845 PA<br><br>JUDGMENT DISMISSING ACTION WITH PREJUDICE |

　　Pursuant to the Court's August 15, 2017 Order dismissing and denying the Motion to Vacate, Set Aside, or Correct Sentence Pursuant to 28 U.S.C. § 2255 filed by Defendant-Petitioner Juan Campos,

　　IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Defendant-Petitioner's action is dismissed with prejudice.

DATED: August 15, 2017

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　Percy Anderson
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE